# Third District Court of Appeal
## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2301
Lower Tribunal Nos. F19-10054; F19-10055 & F19-10053

_____

**Hiraldo Valle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Hiraldo Valle, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.